UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| RYAN O. JORDAN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 2:06CV00046 ERW (AGF) |
| MICHEAL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig [doc. #17]. The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that, under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Ryan O. Jordan's disability benefits is **REVERSED**.[1] The above-styled action is **REMANDED** to the Commissioner for further proceedings in accordance with the Report and Recommendation.

Dated this 23rd day of August, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that page 1 of the Magistrate's Report and Recommendation incorrectly states that the court recommends that the decision of the Commissioner be affirmed.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com